BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 252639)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA  94102
    Telephone: (415) 436-6961
    FAX: (415) 436-7027
    sheila.armbrust@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00013-1 JSW (KAW) |
|---|---|
| Plaintiff, | ) **[PROPOSED]** ORDER OF DETENTION |
| v. | ) |
| DAVID BECKFORD et al, | ) |
| Defendants. | ) |

The parties appeared before the Honorable Kandis A. Westmore on June 24, 2016, for a detention hearing.  The defendant, David Beckford, was present and represented by Mark Goldrosen and George Borges.  The government was represented by Assistant United States Attorney Sheila A.G. Armbrust.  The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

Pretrial Services prepared a full bail study, which recommended the defendant's detention based on its belief that the court could not impose a combination of release conditions to reasonably mitigate the risk of danger to the community or the defendant's risk of flight.

[PROPOSED] DETENTION ORDER
CR 16-00013-1 JSW (KAW)

Upon consideration of the parties' proffers, the bail study, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds (i) by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required and (ii) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Specifically, the Court makes this determination based on the defendant's criminal history, including prior state court convictions for possession of marijuana for sale and felon-in-possession of a firearm, his multiple probation revocations, his conduct as alleged in the Indictment, and the government's proffer that the defendant made jail calls post-arrest requesting family members and a co-defendant to hide or destroy evidence.  The Court further finds that the defendant's proposed sureties cannot reasonably assure the safety of any other person or the community or ensure his appearance at future court dates.

The Court, therefore, orders the defendant detained.  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility.  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: 6/29/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR 16-00013-1 JSW (KAW)